Brady is not questioned. The sole question being as to the right of an insolvent corporation to prefer one of its officers, who is also a stockholder, being a creditor of the company, over its other creditors.

This question has been determined in the affirmative by this court in the case of *Corey v. Wadsworth,* 118 Ala. 488.

Under the authority of that case, the judgment against the garnishee is reversed and the cause remanded.

Opinion by DOWDELL, J.

---

## Wood *v.* Wood, Extr., *et al.*

APPEAL from Talladega Probate Court.
Heard before the Hon. J. E. CAMP.

FELIX L. SMITH and EDWIN F. JONES, for appellant.

KNOX, BOWIE & DIXON, for appellees.

The appeal in this case was dismissed on motion of the appellees.

Opinion PER CURIAM.

---

## Christian & Craft Grocery Co. *v.* Dixie Mill Co.

APPEAL from Monroe Circuit Court.
Tried before the Hon. JOHN C. ANDERSON.

MCINTOSH & RICH, for appellant.

T. M. STEVENS, for appellee.